GOVT. EX. L

# CAREY MILESTONE ADVISORS, LLC

306 S. Washington, Suite 300 • Royal Oak, MI 48067   394 East Town Street • Columbus, OH 43215
(248) 591-7105 • (248) 591-7146 fax                  (614) 461-0300 • (614) 461-0011 fax

INVOICE

July 21, 2004                                                *via electronic mail*

Due To:
Carey Milestone Advisors, LLC
394 East Town Street                           **EXHIBIT 99**
Columbus, Ohio 43215

Due From:
Operating Engineers' Local 324 Pension Fund
Attn: Mr. Brian Finley
Fifth Third Bank
Fifth Third Center
38 Fountain Square Plaza – 13th Floor
MD 1090D8
Cincinnati, Ohio 45263

|  | Fee |
|---|---|
| For Disposition Services – | |
| 1001 Woodward, H&H Building, and Franklin Properties | |
| $7,700,000.00 | |
| Carey Milestone Advisors, LLC Fee % | 1.0% |
| Total Fee Due Carey Milestone Advisors, LLC | $77,000.00 |

Please wire fee to:
  Bank:              Fifth Third Bank
  Name on Account:   Carey Milestone Advisors, LLC
  Routing Number:    042000314
  Account Number:    0075419084

cc: Penny Osterman

EXHIBIT L

*Handwritten notes: Verified 7/26/04 @ 02:30pm Stuart JN, Fed Ref # Reg # 3897 from James*